IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| CONNIE DOWNEY, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-75-SLP |
| JAMES WEIR, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court are two Report and Recommendations of United States Magistrate Judge Shon T. Erwin entered October 10, 2018 [Doc. No. 58] and November 14, 2018 [Doc. No. 67]. No objections to the Report and Recommendations have been filed nor have extensions of time in which to object been sought or granted. Therefore, the Report and Recommendations of the Magistrate Judge are ADOPTED in their entirety.

IT IS THEREFORE ORDERED that the Motion to Dismiss of Defendant James Weir [Doc. No. 58] is GRANTED and Plaintiff's claims against Defendant Weir are dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 52] is DENIED pursuant to the findings in Report and Recommendation [Doc. No. 67].

IT IS SO ORDERED this 3rd day of December, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE